```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 18374
    LAVELL L SCOTT
    DEMETRIA A SCOTT                          CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

             Debtor
    SSN XXX-XX-8518     SSN XXX-XX-4371


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 10/05/2007 and was confirmed 12/12/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 11/05/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST        PRINCIPAL
                                                             PAID             PAID
-------------------------------------------------------------------------------
CHASE HOME FINANCE LLC    CURRENT MORTG         .00            .00              .00
CHASE HOME FINANCE LLC    MORTGAGE ARRE     1483.66            .00          1483.66
CHRYSLER FINANCIAL SVC A  SECURED VEHIC    18632.00        1144.69           744.63
CHRYSLER FINANCIAL SVC A  UNSECURED           41.43            .00              .00
FRANKLIN CAPITAL          SECURED VEHIC    15808.00         967.73           688.50
FRANKLIN CAPITAL          UNSECURED           29.36            .00              .00
INTERNAL REVENUE SERVICE  PRIORITY          4571.04            .00              .00
ALLGATE FINANCIAL         UNSECURED        NOT FILED           .00              .00
ALLIED INTERSTATE INC     UNSECURED        NOT FILED           .00              .00
AMERICAN COLLECTION       UNSECURED        NOT FILED           .00              .00
ASSET ACCEPTANCE LLC      UNSECURED          875.58            .00              .00
ASSET ACCEPTANCE CORP     UNSECURED          336.83            .00              .00
FIRST AMERICAN CASH ADVA  UNSECURED          419.36            .00              .00
B-REAL LLC                UNSECURED          654.88            .00              .00
CITY OF CHICAGO PARKING   UNSECURED         3841.52            .00              .00
COMMONWEALTH EDISON       UNSECURED        NOT FILED           .00              .00
EVERGREEN PROF RECOVERIE  UNSECURED        NOT FILED           .00              .00
FIRST CONSUMERS NATIONAL  UNSECURED        NOT FILED           .00              .00
HARRIS & HARRIS           UNSECURED        NOT FILED           .00              .00
IC SYSTEMS                UNSECURED        NOT FILED           .00              .00
WEST SUBURBAN MEDICAL CE  UNSECURED          292.00            .00              .00
JJ MARSHALL & ASSOC       UNSECURED        NOT FILED           .00              .00
KCA FINANCIAL SERVICES    UNSECURED        NOT FILED           .00              .00
MIDLAND CREDIT MANAGEMEN  UNSECURED        NOT FILED           .00              .00
NATIONWIDE CREDIT CO      UNSECURED        NOT FILED           .00              .00
NCO FIN/55                UNSECURED        NOT FILED           .00              .00
OSI COLLECT               UNSECURED        NOT FILED           .00              .00
OSI COLLECT               UNSECURED        NOT FILED           .00              .00
OSI COLLECT               UNSECURED        NOT FILED           .00              .00
OXFORD COLLECTION SERVIC  UNSECURED        NOT FILED           .00              .00
PEOPLES GAS LIGHT & COKE  UNSECURED        NOT FILED           .00              .00
PROFESSIONAL ACCOUNT MGM  UNSECURED        NOT FILED           .00              .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 18374 LAVELL L SCOTT & DEMETRIA A SCOTT
```

```
UNITED COLLECTION BUREAU  UNSECURED       NOT FILED           .00            .00
INTERNAL REVENUE SERVICE  UNSECURED        2285.58            .00            .00
CHASE HOME FINANCE        MORTGAGE NOTI NOT FILED             .00            .00
ASSET ACCEPTANCE LLC      UNSECURED        3098.67            .00            .00
ASSET ACCEPTANCE LLC      UNSECURED        8101.96            .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED        1214.74            .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY     3,251.50                       3,251.50
TOM VAUGHN                TRUSTEE                                          666.08
DEBTOR REFUND             REFUND                                              .00

        Summary of Receipts and Disbursements:
   ---------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
   ---------------------------------------------------------------------------
TRUSTEE                   8,946.79

PRIORITY                                              .00
SECURED                                          2,916.79
   INTEREST                                      2,112.42
UNSECURED                                             .00
ADMINISTRATIVE                                   3,251.50
TRUSTEE COMPENSATION                               666.08
DEBTOR REFUND                                         .00
                        ---------------    ---------------
TOTALS                    8,946.79               8,946.79
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 02/25/09                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE